IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RODERICK DAVONTAE SHOULDERS
ADC #172109                                                                                     PLAINTIFF

v.                                      No. 3:24-cv-76-DPM

HARDY, Corporal Officer,
Law Library Supervisor, Grimes Unit;
HARMON, Lieutenant, Grimes Unit;
MUSSELWHITE, Warden;  and
MOSES JACKSON, Warden,
Northeast Arkansas Unit                                                                  DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Shoulders hasn't paid the $405 filing and administrative fees; and the time to do so has passed. *Doc. 3*. His complaint will therefore be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]* WPMarshall Jr.

D.P. Marshall Jr.
United States District Judge

26 June 2024