IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RODERICK DAVONTAE SHOULDERS
ADC #172109                                                                         PLAINTIFF

v.                                  No. 3:24-cv-76-DPM

HARDY, Corporal Officer,
Law Library Supervisor, Grimes Unit;
HARMON, Lieutenant, Grimes Unit;
MUSSELWHITE, Warden; and
MOSES JACKSON, Warden,
Northeast Arkansas Unit                                                         DEFENDANTS

## JUDGMENT

Shoulders's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

26 June 2024